

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2025

┌─────────────────────────────┐
│ JUDICIARY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____          │
│ DATE FILED: 12/3/25         │
└─────────────────────────────┘

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

> Re:  *United States v. James Griffin*, 25 Cr. 543 (RMB)

Dear Judge Berman:

The Government writes respectfully to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) between today's date and the date of the initial pretrial conference in this matter, January 14, 2026. On November 20, 2025, the defendant consented to the filing of an information in this matter and entered a plea of not guilty. At the arraignment, Magistrate Judge Katharine H. Parker excluded time under the Speedy Trial Act until tomorrow, December 4, 2025. The ends of justice served by granting the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to discuss potential disposition of this matter. The defense has informed the Government that it consents to this request. Thank you for the Court's consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *[signature]*
Frank J. Balsamello / Brandon Harper /
     Angela Zhu
Assistant United States Attorneys
(212) 637-2325 / -2209 / -1027

*Application granted. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

CC: Justine Harris and Neesha Chhina, Esqs. (by ECF)
SO ORDERED:
Date: 12/3/25  *Richard M. Berman*
          Richard M. Berman, U.S.D.J.