**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　:　　　　　25 Cr. 543 (RMB)

　　　　　　-against-　　　　　　　　　　:　　　　　**ORDER**

JAMES GRIFFIN,　　　　　　　　　　　　:

　　　　　　　　Defendant.　　　　　　　:

------------------------------------------------------------x

　　　　A pretrial conference having been held today, with defendant and his attorney present, counsel for the government present, and the pretrial services officer present,

　　　　IT IS HEREBY ORDERED that, for the reasons set forth on the record, defendant's conditions of bail are modified as follows:

　　　　A curfew should be in place in lieu of home detention. The hours will be set at the discretion of pretrial services. All other conditions remain as set.

SO ORDERED.

Date:　February 10, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　RMB
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN, U.S.D.J.**