**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                   Government,    :        25 Cr. 543 (RMB)
                                             :
     - against -                          :        **ORDER**
                                             :
JAMES GRIFFIN,                               :
                                             :
                 Defendant.    :
-------------------------------------------------------------x

The status conference is scheduled for April 14, 2026 at 11:00 A.M. in courtroom 17B.

Dated: April 9, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**