**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                           Government,   :   25 Cr. 543 (RMB)
                                               :
     - against -                            :   **ORDER**
                                               :
                                               :
JAMES GRIFFIN,                                 :
                                               :
                        Defendant.     :
-------------------------------------------------------------x

       The change of plea hearing scheduled for April 23, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: April 17, 2026
       New York, NY

                                   _____
                                     **RICHARD M. BERMAN**
                                         **U.S.D.J.**