**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Government, | : | 25 Cr. 543 (RMB) |
| - against - | : | **ORDER** |
| JAMES GRIFFIN, Defendant. | : | |

The status conference scheduled for September 9, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**