**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

USA v. JAMES GRIFFIN,
Defendant.

25 Cr. 543 (RMB)

**ORDER**

The Court requests the Government and the Probation Department each to respond (in writing and with authorities) to the defense motion dated October 14, 2026 seeking bail modifications, as to (1) Defendant to travel to Connecticut; and (2) GPS monitoring, in place of a curfew.

The separate written responses should be submitted to the Court on or before Monday, October 19, 2026 at 12:00 PM.

October 16, 2026
New York, New York

RMB
**RICHARD M. BERMAN, U.S.D.J.**